# United States District Court

EASTERN DISTRICT OF WISCONSIN

**BARBARA MOLLBERG**,
        Plaintiff,

v.

**ADVANCED CALL CENTER TECHNOLOGIES, LLC**,
        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. 18-CV-1210

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came on for consideration and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendant Advanced Call Center Technology, LCC's motion to dismiss for failure to state a claim (ECF No. 6) is **GRANTED**.

**IT IS FURTHER ORDERED** that this action be and hereby is **DISMISSED WITH PREJUDICE.**

Approved:    *s/ Nancy Joseph*
                        NANCY JOSEPH
                        United States Magistrate Judge

Dated: January 22, 2019

STEPHEN C. DRIES
Clerk of Court

*s/ Becky Ray*
(By) Deputy Clerk